UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
GARY LABARBERA, LAWRENCE KUDLA,
THOMAS GESUALDI, PAUL GATTUS,
THEODORE KING, CHESTER BROMAN,
FRANK FINKEL, JOSEPH FERRARA, as
Trustees and Fiduciaries of the
Local 282 Welfare, Pension, Annuity,
Job Training, and Vacation and Sick
Leave Trust Funds,

                    Plaintiffs,

          against                          ORDER ADOPTING MAGISTRATE
                                           REPORT AND RECOMMENDATION

HERITAGE TRUCKING, INC.,
                                           04-CV-3820 (JS) (WDW)

                    Defendant.
----------------------------------X
Appearances:
For Plaintiff:      Elise S. Feldman, Esq.
                    Friedman & Wolf
                    1500 Broadway, Suite 2300
                    New York, New York 10036

For Defendants:     No Appearance


SEYBERT, District Judge:

          Upon review of the Report and Recommendation of
Magistrate Judge William D. Wall, dated August 9, 2005, to which no
party has objected, the Court hereby ADOPTS the Report and
Recommendation in its entirety.

          Judge Wall recommended that the amount of a default
judgment be determined after Defendant, Heritage Trucking, Inc.
("Defendant") submits for audit the below-listed documents within
thirty (30) days of the date of this Order: for the period February
9, 2001 to the present to the extent that these records have not

already been produced, all payroll records, payroll tax records, business tax returns, truck hiring records, individual earnings card and/or time records, weekly payroll journals, cash disbursement records, general ledgers, Forms 941, 941A, and NYS-45's W-2's, W-3's, 1099's, 1096's, cancelled checks, Forms 1120 or 1120s, and vendors invoices. If Defendant fails to produce these records, Judge Wall recommended that the default judgment be entered in the amount of $21,253.45, plus interest as set forth in paragraph 3 of the Wherefore clause of the Feldman Declaration, and attorney fees and costs in the amount of $549.30.

Judge Wall ordered that a copy of the Report and Recommendation be served on Defendant and that objections be filed within 10 days after said service or the right to appeal would be waived. The docket sheet indicates that Plaintiff effectuated service of the Report and Recommendation on August 11, 2005. In addition, the docket sheet indicates no objections were filed; all objections are hereby deemed to have been waived.

Accordingly, the Court ADOPTS the Report and Recommendation in its entirety.


SO ORDERED

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated:     Central Islip, New York
           October 20, 2005

2